COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



SAM'S EAST, INC.,


 Appellant,


v.


EMERSON CONSTRUCTION
COMPANY, INC.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-06-00130-CV
 


Appeal from the


120th District Court of 


of El Paso County, Texas


(TC#2005-3545)


MEMORANDUM OPINION


 Pending before the Court is the joint motion of Sam's East, Inc., Appellant, and Emerson
Construction Company, Inc., Appellee, to dismiss this appeal with prejudice pursuant to Texas Rules
of Appellate Procedure 42.1(a)(2)(A) and 43.2(f). The parties further agree that costs should be
taxed against the party that incurred them. Accordingly, we reinstate the appeal, grant the motion,
and dismiss the appeal with prejudice. We further order that costs are taxed against the party that
incurred them.


 KENNETH R. CARR, Justice

July 10, 2008


Before Chew, C.J., McClure, and Carr, JJ.

McClure, J., not participating